FILED

JAN 21 2003

~~~~~~~~~~~~ CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Karen Johnson-Pochardt, )<br>)<br>) | Civ. No. 01-5019 |
| Plaintiffs, )<br>) | |
| vs. )<br>) | ORDER OF DISMISSAL |
| Rapid City Regional Hospital, Dr. Larry P. Ebbert, Oncology Associates, and Dakota West, )<br>)<br>)<br>) | |
| Defendants. ) | |

The Government and qui tam Relator Karen Johnson-Pochardt move to dismiss this action against Rapid City Regional Hospital, Dr. Larry P. Ebbert, and Oncology Associates with prejudice. For good cause shown, it is hereby

ORDERED that the motion to dismiss (docket 62) is granted. The action against Rapid City Regional Hospital, Dr. Larry P. Ebbert and Oncology Associates is dismissed with prejudice and without costs taxed to either party.

Dated January 21, 2003.

BY THE COURT:

_Karen E. Schreier_
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE